# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ELVIS J. PIGGOTT,

    Plaintiff,

v.                                        CASE NO: 8:13-cv-2535-T-26MAP

DILLARD'S INC.,

    Defendant.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendant's Unopposed Motion for Remand to State Court (Dkt. 10) is granted. The Clerk is directed to remand this case to the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida. The Clerk is further directed to close this case following remand.

**DONE AND ORDERED** at Tampa, Florida, on October 16, 2013.

                    s/*Richard A. Lazzara*
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record